IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00675-WYD-BNB

ROBERT A. DOLIN, and
LISA DOLIN,

Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion of Defendants Contemporary Financial Solutions, Inc. and Mutual Service Corporation for a Protective Order Allowing the Taking of the Deposition of Salvatore Favata, an Inmate** [Doc. # 32, filed 6/22/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

Rule 30(a)(2)(B), Fed. R. Civ. P., provides:

> **(a)  When a Deposition May Be Taken.**
>
> **(2)  With Leave.**  A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2):
>
> **(B)**  if the deponent is confined in prison.

I am informed that the requested deponent, Salvatore Favata, is confined in prison at the U.S. Penitentiary in Lompoc, California. I find that the anticipated testimony of Mr. Favata is relevant to matters at issue in this action or is reasonably calculated to lead to the discovery of

admissible evidence, and is discoverable. Accordingly,

IT IS ORDERED that the Motion is GRANTED, and the parties are granted leave to depose Mr. Favata at such date and time as may be established among them.

Dated July 10, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge