IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-00675-WYD-BNB | Date: October 1, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

ROBERT A. DOLIN, and                                                     Robert Lego
LISA DOLIN,

            Plaintiff(s),

v.

CONTEMPORARY FINANCIAL                                       Craig Bockman
SOLUTIONS, INC.,   and
MUTUAL SERVICE CORPORATION,

            Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      4:00 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion of defendants Contemporary Financial Solutions, Inc. and Mutual Service Corporation for a protective order regarding the deposition of Dennis Kaminski [doc. #56, filed 9/21/09] is denied as stated on the record. The deposition of Mr. Kaminski shall be taken, if at all, on or before November 6, 2009.

**ORDERED:** The plaintiffs' request for attorney's fees and costs is denied as stated on the record.

**ORDERED:** The defendants' shall respond, if at all, to plaintiff Robert A. Dolin's motion for additional time to amend deposition transcript on or before October 9, 2009.

Court in Recess       4:33 p.m..m.   Hearing concluded.   Total time in Court:    00:33

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.