IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00675-WYD-BNB

ROBERT A. DOLIN, and
LISA DOLIN,

Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion of Defendants Contemporary Financial Solutions, Inc. and Mutual Service Corporation for a Protective Order Regarding the Deposition of Dennis Kaminski** [Doc. # 56, filed 9/21/2009] (the "Motion").  I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the plaintiffs' requests for the award of attorneys fees and costs associated with resisting the Motion and with deposing Mr. Kaminski at a later date is DENIED, the Motion being substantially justified.

IT IS FURTHER ORDERED that Mr. Kaminski shall make himself available for a deposition at a date and time as the parties and Mr. Kaminski may agree, but not later than **November 6, 2009**.

Dated October 1, 2009.

                                                BY THE COURT:

                                                 s/ Boyd N. Boland
                                                United States Magistrate Judge