IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00675-WYD-BNB

ROBERT A. DOLIN; and
LISA DOLIN,

    Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Refine/Clarify Plaintiff's Supplemental Extension Request,[doc. #76], filed November 10, 2009 is **GRANTED**. Plaintiffs' Supplemental Motion For An Additional Day To Respond To Summary Judgment Motion, [doc. 75], filed November 10, 2009 is **DENIED AS MOOT**. Plaintiff may have until Friday, November 13, 2009 to file its Response.

    Dated:  November 12, 2009.