IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00675-WYD-BNB

ROBERT A. DOLIN; and
LISA DOLIN,

      Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion To Accept Exhibits To Response To Motion for Summary Judgment As Timely Filed, [doc. #85], filed November 16, 2009 is **GRANTED**.  The Court accepts the filing of Plaintiff's Exhibits 3-23 to Plaintiff's Response as timely.

      Dated:  November 16, 2009.