IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00675-WYD-BNB

ROBERT A. DOLIN; and
LISA DOLIN,

   Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   The Unopposed Motion of Defendants Contemporary Financial Solutions, Inc. And Mutual Service Corporation For Order Allowing The Filing Of Reply Brief In Support Of Summary Judgment Motion In Excess Of 10 Pages, [doc. #89], filed November 24, 2009 is **GRANTED**.  Defendants can file a reply brief in support of their motion for summary judgment that is seventeen (17) pages.

   Dated:  November 30, 2009.