IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 08-cv-00675-WYD- BNB      Date: December 7, 2009
Courtroom Deputy: Geneva D. Mattei      FTR BNB COURTROOM A-401

ROBERT A. DOLIN, and      Robert Lego
LISA DOLIN,

         Plaintiff(s),

v.

CONTEMPORARY FINANCIAL      Craig Bockman
SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

         Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:13 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion of defendants Contemporary Financial Solutions, Inc. And Mutual Service Corporation for an order striking plaintiffs' expert designation and report, and precluding plaintiffs' expert from testifying at trial [Doc #79; filed 11/12/09] is taken under advisement as stated on the record.**

Court in Recess     10:08 a.m.     Hearing concluded.     Total time in Court:    00:55

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.