IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00675-WYD-BNB

ROBERT A. DOLIN, and
LISA DOLIN,

Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.

_____

# ORDER

_____

The parties appeared on December 15, 2009, for a final pretrial conference.  The

proposed final pretrial order was refused for the reasons stated on the record.  In summary and

for the reasons stated on the record:

IT IS ORDERED that the proposed final pretrial order is REFUSED.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed final

pretrial order on or before **January 15, 2010**, modified as discussed at the final pretrial

conference on December 15, 2009.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for

**January 25, 2010, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  Defendants' counsel may attend the

supplemental final pretrial conference by telephone by contacting the court at 303-844-6408.

IT IS FURTHER ORDERED that copies of the parties' exhibits must be provided to opposing counsel no later than **January 20, 2010**.

Dated December 16, 2009.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge