IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00675-WYD-BNB

ROBERT A. DOLIN, and
LISA DOLIN,

Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. Pending at that time were the following:

(1)     **Plaintiffs' Motion for an Additional Day to Provide Proposed Trial Exhibits to Defendants** [Doc. # 108, filed 1/20/2010] (the "Motion for Additional Day"); and

(2)     **Plaintiffs' Motion to Modify Section 5 of the Proposed Pretrial Order** [Doc. # 111, filed 1/28/2010] (the "Motion to Modify").

I entered orders on the record at the final pretrial conference disposing of these motions, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Additional Day is GRANTED. The parties have to and including February 12, 2010, within which to exchange all listed exhibits.

IT IS FURTHER ORDERED that the Motion to Modify is DENIED.

Dated January 28, 2010.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge