IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00675-WYD- BNB | Date: February 19, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

ROBERT A. DOLIN, and					Robert Lego
LISA DOLIN,

    Plaintiff(s),

v.

CONTEMPORARY FINANCIAL				Craig Bockman
SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

    Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:		8:44 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:	Plaintiffs' oral motions to strike the defendants' opposition and to file a reply in support of the motion to compel is denied as stated on the record**.

**ORDERED:	Plaintiffs' motion to compel [ Doc. # [116]; filed 2/6/10] is denied as stated on the record.**

Court in Recess		9:48 a.m.		Hearing concluded.		Total time in Court:   01:04

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.