IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00675-WYD-BNB

ROBERT A. DOLIN, and
LISA DOLIN,

Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion to Compel** [Doc. # 116, filed 2/6/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED as untimely; for failure meaningfully to comply with D.C.COLO.LCivR 7.1A; and as brought for the improper purposes of unreasonably expanding the cost and scope of the litigation and to oppress the defendants.

IT IS FURTHER ORDERED that the plaintiffs' oral motions to strike the defendants' Opposition [Doc. # 120] and to file a reply in support of the Motion to Compel are DENIED.

Dated February 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge