IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00675-WYD-BNB

ROBERT A. DOLIN; and
LISA DOLIN,

    Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    THIS MATTER comes before the Court on the Stipulation for Dismissal [ECF No. 201], filed March 17, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

    ORDERED that the Stipulation for Dismissal [ECF No. 201] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

    Dated:  March 21, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge